UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-62161-CIV-HUCK/OTAZO-REYES

MARIO YEAMAN, individually and on behalf
of others similarly situated,

      Plaintiff,

v.

ALIANT PAYMENT SYSTEMS, INC.,

      Defendant.
_____/

### ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME

THIS CAUSE comes before the Court upon Defendant's Motion for Extension of Time to Respond to Plaintiff's Complaint and Plaintiff's Motion for Class Certification ("Motion") [D.E. 8], filed November 16, 2015. The Court has reviewed the Motion and is otherwise duly advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Defendant's Motion is **GRANTED**. Defendant shall respond to the Complaint and the Motion for Class Certification by **Wednesday, December 16, 2015**.

**DONE and ORDERED** in Chambers in Miami, Florida, this 18th day of November, 2015.

_____
Paul C. Huck
United States District Judge

**Copies furnished to:**
All Counsel of Record