UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIO YEAMAN, individually and on behalf of all others similarly situated,<br><br>        *Plaintiff*,<br><br>    v.<br><br>ALIANT PAYMENT SYSTEMS, INC., a Florida corporation,<br>        *Defendant*. | Case No. 15-cv-62161-PCH<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rules 4(b) of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Steven L. Woodrow of the law firm of Woodrow & Peluso, LLC—located at 3900 E. Mexico Avenue, Suite 300, Denver, Colorado 80210 with the phone number 720-213-0675—for purposes of appearance as co-counsel on behalf of Plaintiff Yeaman and the Class in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Steven L. Woodrow to receive electronic filings in this case, and in support thereof states as follows:

1.      Steven L. Woodrow is not admitted to practice in the Southern District of Florida and is a member in good standing of the following Courts:

- State of Colorado
- State of Illinois
- United States District Court for the District of Colorado

- United States District Court for the Northern District of Illinois
- United States District Court for the Western District of Michigan
- United States District Court for the Eastern District of Michigan
- United States Court of Appeals for the Ninth Circuit
- United States Court of Appeals for the Seventh Circuit

2. Movant, Stefan Coleman, Esquire, of the law firm of The Law Offices of Stefan Coleman, PLLC—located at 201 South Biscayne Blvd., 28th Floor, Miami, Florida 33131, 877-333-9427—is a member in good standing of the The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents and things that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Steven L. Woodrow has made payment of this Court's $75 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Steven L. Woodrow, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide him Notice of Electronic Filings to his email address, swoodrow@woodrowpeluso.com.

WHEREFORE, Stefan Coleman, moves this Court to enter an Order permitting Steven L. Woodrow to appear before this Court on behalf of Plaintiff and the Class, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Steven L. Woodrow.

Date: December 30, 2015					Respectfully submitted,

       /s/ Stefan Coleman

Stefan Coleman, Esq.
Florida Bar No. 0030188
law@stefancoleman.com
Law Offices of Stefan Coleman, PLLC
877.333.9427
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIO YEAMAN, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>  v.<br><br>ALIANT PAYMENT SYSTEMS, INC., a Florida corporation,<br>   *Defendant*. | Case No. 15-cv-62161-PCH<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATION OF STEVEN L. WOODROW**

  Steven L. Woodrow, Esquire, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certifies that (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of numerous Courts, including the States of Illinois and Colorado and the United States District Courts for Colorado and the Northern District of Illinois.

            /s/ Steven L. Woodrow
            Steven L. Woodrow

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac Vice*, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings was served on all counsel of record by filing such papers with the Court's electronic filing system, on December 30, 2015.

/s/ Stefan Coleman

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARIO YEAMAN, individually and on behalf of all others similarly situated,<br><br>   *Plaintiff*,<br><br>   v.<br><br>ALIANT PAYMENT SYSTEMS, INC., a Florida corporation,<br>   *Defendant*. | Case No. 15-cv-62161-PCH<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

### ORDER GRANTING MOTION TO APPEAR
### *PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for Steven L. Woodrow, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing, pursuant to the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED that:

The Motion is GRANTED. Steven L. Woodrow may appear and participate in this action on behalf of Plaintiff. The Clerk shall provide electronic notification of all electronic filings to Mr. Woodrow at swoodrow@woodrowpeluso.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record