UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-62161-CIV-HUCK/OTAZO-REYES

MARIO YEAMAN, individually and on behalf
of others similarly situated,

       Plaintiff,

v.

ALIANT PAYMENT SYSTEMS, INC.,

       Defendant.
_____/

**NOTICE OF TELEPHONIC HEARING**

PLEASE TAKE NOTICE that a telephonic status conference will be held on **Wednesday, January 6, 2016 at 11:00 a.m.** before the Honorable Paul C. Huck, United States District Judge, Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 2, Miami, Florida. **Counsel for both parties are instructed to follow the steps below shortly before the above noted time so that the telephonic hearing may begin promptly:**

    **1.**    **Call the Toll-Free Number: 1-888-684-8852**

    **2.**    **Enter the access code, followed by the # sign: 4825076**

    **3.**    **Enter the security code, followed by the # sign: 332010468**

    **4.**    **State your name and enter the conference**

    **\*\*For technical assistance, call 800-526-2655\*\***

DONE in Chambers, in Miami, Florida, this 4th day of January, 2016.

                                                       Paul C. Huck
                                                       United States District Judge

**Copies furnished to:**
All Counsel of Record